UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRADLEY A. WERNER, JR., <br><br> Plaintiff, <br><br> -against- <br><br> NEW YORK CITY; ALVIN L. BRAGG JR; MYLES ASHONG; CATHERINE MAROTTA; R. BADAGLIACCO, <br><br> Defendants. | 24cv9543 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the April 28, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   April 30, 2025
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge